1  DAY R. WILLIAMS
   ATTORNEY AT LAW
2  Nevada State Bar # 4418
   1601 Fairview Dr. #C
3  Carson City, NV  89701-5860
   day_williams@sbcglobal.net
4  Phone: 775/885-8398
   Fax: 775/885-2134
5  Attorney for Plaintiff
   Robin McGahuey

6

7                     UNITED STATES DISTRICT COURT

8                           DISTRICT OF NEVADA

                                   ***
9

10 ROBIN McGAHUEY,                    Case No. 3:16-cv-00712-MMD-WGC
            Plaintiff,                **STIPULATION FOR DISMISSAL**
11 v.                                 **WITH PREJUDICE**

12 STATE OF NEVADA
   ex rel. NEVADA DEPARTMENT OF
13 PUBLIC SAFETY, DIVISION OF PAROLE
   AND PROBATION, DWIGHT GOVER, TODD
14 HARTLINE, NATALIE WOODS, AND
   JEROME TUSHBANT,
15         Defendants.
                                    /
16
           IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their
17
   respective counsel, that this action is dismissed with prejudice, with each party to bear her, his or
18
   ////
19
   ////
20
   ////
21
   ////
22
   ////
23
   ////
24
   ////
25
   ////
26
   ////
27

28

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398                              1

its own attorney fees and costs.

Dated this 18th day of May, 2017.

*(signed)* Day Williams
DAY R. WILLIAMS
Attorney at Law
Nevada Bar #4418
1601 Fairview Drive #C
Carson City, NV 89701-5860
Phone: 775/885-8398
Fax: 775/885-2134
day_williams@sbcglobal.net
Attorney for Plaintiff
Robin McGahuey

*(signed)*
ADAM PAUL LAXALT
Attorney General
Office of the Attorney General
Brandon R. Price
Deputy Attorney General
5420 Kietzke Lane, Suite 202
Reno NV 89511
Phone: 775/687-2121
BPrice@ag.nv.gov
Attorney for Defendants
State of Nevada ex rel. Nevada Department
Of Public Safety, Division of Parole
And Probation, Dwight Gover, Todd
Hartline, Natalie Woods, and
Jerome Tushbant

IT IS SO ORDERED this 18th day of May, 2017.

*(signed)*
UNITED STATES DISTRICT COURT

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

2

## CERTIFICATE OF SERVICE

Under Federal Rule of Civil Procedure 5(b), I certify that I am an employee of DAY R. WILLIAMS, ATTORNEY AT LAW, and that I served the "Stipulation for Dismissal for Prejudice" by:

✓ E-filing
✓ Acme Messenger Service
___ Depositing for mailing, in a sealed envelope, placed for collection and mailing at Carson City, Nevada, postage prepaid, following ordinary business practices
___ Personal delivery
___ Facsimile (Fax) to: _____
___ Federal Express or other overnight delivery
___ Email to _____
___ Certified mail, return receipt requested

to:

ADAM PAUL LAXALT
Attorney General
Brandon R. Price
Deputy Attorney General
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno NV 89511

DATED this 18 day of May, 2017.

*/s/ Bianca*

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398

3